**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VONCEIL L. WESTON,
    Plaintiff,

vs.                                          Case No. 3:07cv263/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 16, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file.

    **DONE AND ORDERED** this 16th day of July, 2008.


                                           _s/ M. Casey Rodgers_
                                           **M. CASEY RODGERS
                                           UNITED STATES DISTRICT JUDGE**